**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>        Plaintiff,<br><br>    v.<br><br>SUN FAMILY PROPERTIES, LLC; RALPHS GROCERY COMPANY; and DOES 1–10,<br><br>        Defendants. | Case № 2:17-cv-07869-ODW (FMMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered for Defendants on Plaintiff's first claim for relief under the Americans with Disabilities Act ("ADA");
2. Plaintiff shall take nothing by way of his ADA claim;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's second claim for relief under the Unruh Civil Rights Act and dismisses that claim without prejudice;

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 10, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**